**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF ALABAMA**
**SOUTHERN DIVISION**

| | | |
|---|---|---|
| **JOE NATHAN JAMES, JR., Z-160,** | **)** | |
| | **)** | |
| **Plaintiff,** | **)** | |
| | **)** | |
| **vs.** | **)** | **CIVIL ACTION NO. 22-33-CG-MU** |
| | **)** | |
| **JEFFERSON COUNTY, <u>et</u> <u>al</u>.,** | **)** | |
| | **)** | |
| **Defendants.** | **)** | |

## <u>JUDGMENT</u>

In accordance with the Order entered this date, it is **ORDERED,**

**ADJUDGED,** and **DECREED** that this action is **DISMISSED** without prejudice

because the Court lacks subject-matter jurisdiction.

**DONE and ORDERED** this 15th day of March, 2022.

/s/ Callie V. S. Granade
SENIOR UNITED STATES DISTRICT JUDGE